THOMPSON HINE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/16/2026

ATLANTA | CHICAGO | CINCINNATI | CLEVELAND
COLUMBUS | DAYTON | LOS ANGELES | MINNEAPOLIS
NEW YORK | SILICON VALLEY | WASHINGTON, D.C.

July 15, 2026

**APPLICATION GRANTED:** **The Initial Conference set for 7/23/2026 at 02:00 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Tuesday, October 6, 2026 at 2:00 p.m.**

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

**07/16/2026**

*Via ECF*

Hon. Katharine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, New York 10007

Re: ***Kyung Seung Co., Ltd. v. SVES LLC, Case No. 26-cv-03523-VSB-KHP***
***Letter Motion Requesting Adjournment of Initial Case Management Conference***

Your Honor:

We represent the petitioner, Kyung Seung Co., Ltd. ("Petitioner"), in the above-captioned matter. Pursuant to Your Honor's Individual Rules of Practice in Civil Cases I(b) and (c), we write to request an adjournment of the Initial Case Management Conference scheduled for July 23, 2026. *See* ECF No. 9.

On April 30, 2026, the Court entered an Initial Case Management Conference Order (the "Order"), scheduling an Initial Case Management Conference for July 23, 2026 and ordering that the parties meet and confer pursuant to Fed. R. Civ. P. 26(f) at least twenty-one days before the conference and prepare to discuss the subjects set forth in Fed. R. Civ. P. 16(b) and (c). *See id.* The Order also required that the parties comply with their Fed. R. Civ. P. 26(a) initial disclosure obligations no later than fourteen days before the July 23, 2026 conference, and further ordered Petitioner to serve a copy of the Order and Petition on the respondent, SVES LLC (the "Respondent"). *Id.* Petitioner timely complied with the Order's direction to serve Respondent. *See* ECF No. 10 (Affidavit of Service of the Order, dated May 5, 2026); ECF No. 11 (Affidavit of Service of the Petition, dated May 15, 2026).

To date, Respondent has failed to make an appearance, respond to the Petition, or contact Petitioner or the undersigned regarding this matter. On June 15, 2026, Petitioner obtained a Certificate of Default from the Clerk of the United States District Court for the Southern District of New York. *See* ECF No. 15. The Clerk's Certificate of Default was also duly served on Respondent. *See* ECF No. 16. Petitioner is currently preparing a Motion for Default Judgment, which will be filed with this Court in the coming days. Due to Respondent's default, it has not been possible to comply with the Court's directives relevant to a meet and confer pursuant to Rule 26(f) or initial disclosure pursuant to Rule 26(a) in anticipation of the Initial Case Management Conference scheduled for July 23, 2026. Therefore, Petitioner respectfully submits

Emily.Mathieu@ThompsonHine.com F: 212.344.6101 O: 212.908.3963 4815-1861-9035.1

THOMPSON HINE



that it would be more efficient for the Court to adjourn the Initial Case Management Conference until after Petitioner has moved for a Default Judgment.

This is Petitioner's first request for an adjournment of this conference. The proposed adjournment will not affect any other scheduled deadlines. As Respondent is in default, Petitioner has not communicated with Respondent to determine whether it would consent to this request.

We appreciate Your Honor's continued attention to this matter.

Respectfully submitted,

*/s/ Emily J. Mathieu*

Emily J. Mathieu