USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/30/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------X

KYUNG SEUNG CO. LTD.,

Petitioner,

-against-

SVES LLC.,

Respondent.

--------------------------------------------------------------------X

**26-CV-3523 (VSB) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The initial case management conference in the above-entitled action is scheduled for October 6, 2026. Because Respondent SVES LLC has not appeared in this action, and no attorney has entered an appearance on its behalf, the conference is hereby adjourned *sine die*. *See Grace v. Bank Leumi Trust Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006) ("[I]t is settled law that a corporation may not appear in a lawsuit against it except through an attorney[.]"); *Jones v. Niagara Frontier Transp. Auth.*, 722 F.2d 20, 22 (2d Cir. 1983) ("Although 28 U.S.C. § 1654 provides that '[i]n all courts of the United States, the parties may plead and conduct their own cases personally or by counsel,' it is established that a corporation, which is an artificial entity that can only act through agents, cannot proceed pro se." (quoting 28 U.S.C. § 1654)).

In light of the Court's Order at ECF No. 24, Petitioner is directed to file a letter by **October 7, 2026**, stating whether discovery is necessary in connection with its petition to confirm the March 6, 2026 arbitration award and, if so, identify the discovery it seeks.

**Petitioner is directed to serve a copy of this order on Respondent and file proof of service to the docket.**

**SO ORDERED.**

DATED: New York, New York
September 30, 2026

Katharine H Parker
_______________________________
KATHARINE H. PARKER
United States Magistrate Judge